IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BOBBY EDWARD WALKER                                                    PETITIONER

V.                                                                      NO. 1:09CV147-B-D

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.                          RESPONDENTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day:

1.   this matter is DISMISSED without prejudice;

2.   the motions to proceed IFP (docket entries 9 and 10) are MOOT; and

3.   this matter is CLOSED.

IT IS SO ORDERED.

THIS the 29th day of September, 2009.

/s/ Neal Biggers

NEAL B. BIGGERS
SENIOR U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI